ORDER
WIDENER, Circuit Judge.
I.
Upon a request for a poll of the court on the petition for rehearing en banc, Judges Michael, Motz, King, Gregory and Duncan voted to grant the petition for rehearing en banc. Judges Widener, Wilkinson, Niemeyer, Luttig, Williams, Trader and Shedd voted to deny rehearing en banc.
It is accordingly ADJUDGED and ORDERED that the petition for rehearing en banc shall be, and it hereby is, denied.
II.
The panel considered the petition for rehearing. Judge Gregory voted to grant the petition for rehearing, and Judges Widener and Niemeyer voted to deny the petition for rehearing.
It is accordingly ADJUDGED and ORDERED that the petition for rehearing shall be, and it hereby is, denied.
III.
Judge Gregory filed a dissent to this order, which is attached hereto.
Being disqualified, Judge Wilkins did not participate in the proceedings with respect to this case.